HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN WAYNE BUCKLAND,<br><br>Defendant. | Case No. C06-5025<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion Pursuant to 28 U.S.C. § 2255,

Having considered the entirety of the records and file herein, and having considered that defendant has filed an application to file a second or successive § 2255 motion with the United State Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED** that Defendant's Motion Pursuant to 28 U.S.C. § 2255 is **STAYED**. The defendant shall inform this Court within sixty (60) days of entry of this Order or upon ruling by the Ninth Circuit, whichever occurs earlier, of the status of his application to file a second or successive § 2255 motion.

ORDER
Page - 1

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of January, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2