HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

CALVIN WAYNE BUCKLAND,

          Defendant.

Case No. C06-5025 RBL
Case No. CR94-5073 JET

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion Pursuant to 28 U.S.C. § 2255.

Having considered the entirety of the records and file herein, and having considered that defendant has notified this Court that his request to file a second or successive motion has been denied by the United States Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED** that Defendant's Motion Pursuant to 28 U.S.C. § 2255 is **DISMISSED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 11th day of April, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1